Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
2023 APR 21 PM 2:52
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Cynthia D. Benefield

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Johnny Bruce Olliott II

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 6:23-cv-736-PGB-LHP
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Cynthia Denise Benefield
Street Address: 9834 East Colonial Drive
City and County: Orlando, Orange County
State and Zip Code: Florida, 32817
Telephone Number: 407-641-6390
E-mail Address: cindydbenefield@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name: Johnny Bruce Elliott
  Job or Title (if known): Voice Over Actor
  Street Address: Not Known
  City and County: Orlando, Orange
  State and Zip Code: Florida, 32822
  Telephone Number: Not Known
  E-mail Address (if known): Not Known

Defendant No. 2
  Name: Gregory Lee Anderson
  Job or Title (if known): Semi Truck / Coach Driver
  Street Address: Not Known
  City and County: Jacksonville, FL (Duval)
  State and Zip Code: Florida, 32208
  Telephone Number: (904) 412-3935
  E-mail Address (if known): Not Known

Defendant No. 3
  Name: Oprah Winfrey Network
  Job or Title (if known): OWN - Network Executive
  Street Address: Not Known
  City and County: Chicago
  State and Zip Code: Illinois
  Telephone Number: Not Known
  E-mail Address (if known): Not Available

Defendant No. 4
  Name: Will Smith & Jada Smith
  Job or Title (if known): Blackcode Entertainment
  Street Address: Not Known
  City and County: Los Angeles
  State and Zip Code: California, Philadelphia
  Telephone Number: Not Known
  E-mail Address (if known): Not Known

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1.) Cruel & Unusual Punishment - Military Secrets for Sleep Deprivation
2.) Stolen Historical - Financial Documents, Inheritance Stolen
3.) Human Rights Violations - Diverted Money for Attorney, Housing, SocioEconomic Growth
4.) Violated Privacy Laws - Gossip, Family Lineage Reporting, Harmful Results

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Cynthia Denise Benefield is a citizen of the State of *(name)* Florida.

   b. If the plaintiff is a corporation  Business License - Oprah Winfrey, Wendy Williams
      The plaintiff, *(name)* Gregory L. Anderson, is incorporated under the laws of the State of *(name)* Florida, and has its principal place of business in the State of *(name)* Florida.  (Florida, Chicago, New York)

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Johnny Elliott, is a citizen of the State of *(name)* Florida & Texas. Or is a citizen of *(foreign nation)* United States

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, (name) **Oprah Winfrey Network** incorporated under the laws of the State of (name) **Chicago, Florida**, and has its principal place of business in the State of (name) **Chicago, Illinois**

Or is incorporated under the laws of (foreign nation) **United States** and has its principal place of business in (name) **Chicago, Illinois**

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

**(To Be Determined)?**

---

**III. Statement of Claim** ✻ These / This experience(s) was without Notice Movie Deals, etc.

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

✻ Damages are Consistent Effort to acquire Movie deals, thus Gossip put me Single woman and daughter/son in Harms way
✻ Person(s) were hired to threaten us with silence, Forced us away from our homes, apartments, jobs causing Financial Setbacks, Bankruptcy, Bank Closing accts, Housing Denied
✻ Heir to money Land and Property. Both men acquired while I'm Homeless.

**IV. Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. **Punitive Damages are (To Be Determined)**

The wrongs alleged are ongoing. both Mr Elliott & Mr. Anderson Financially Profit from me & my Children suffering extreme sleep Lack acquiring generational properties such as Farmland in Midville, Ga & Sneville Ga, Tall. FL. growing, shipping, distributing veggies & items via Refrigerated trucks, Jax Port, Crowley, Blount Island Ports shipping my products to Europe, Brazil, Puerto Rico while making enormous incomes as a Result →

- Also both Defendents without permission acquired Movie deals concerning my personal story & grandfathers story. All these opportunities were done without financial or immediate Recourse of offering monies for housing, meals or transportation while meeting daughters were homeless.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 21, 2023

Signature of Plaintiff: Cynthia Denise Benefield
Printed Name of Plaintiff: Cynthia Denise Benefield

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____